**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-1933**

———————

In re:  FATEMEH NAJAFIAN,

              Debtor,

--------------------------

FATEMEH NAJAFIAN,

              Debtor – Appellant,

       v.

THE ROTONDA CONDOMINIUM UNIT OWNERS ASSOCIATION,

              Creditor – Appellee,

KEVIN R. MCCARTHY; W. CLARKSON MCDOW, JR., U. S. Trustee,

              Trustees – Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:12-cv-00345-GBL-IDD; 09-18112-BFK)

———————

Submitted:  November 20, 2012        Decided:  November 26, 2012

———————

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit
Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Fatemeh Najafian, Appellant Pro Se.  Aimee Therese Hay Kessler, SEGAN, MASON & MASON, PC, Annandale, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fatemeh Najafian appeals the district court's order affirming the bankruptcy court's orders: (1) striking Debtor's Amended Schedule from the docket and (2) denying her motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm. See Najafian v. The Rotonda Condominium Unit Owners Ass'n, Nos. 1:12-cv-00345-GBL-IDD; 09-18112-BFK (E.D. Va. filed July 20, 2012, and entered July 23, 2012). We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED